JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| VAHID CHITSAZZADEH, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>T-MOBILE US, INC.; T-MOBILE USA, INC.<br><br>　　　　　　Defendants. | Case No. CV 23-5517-GW-MARx<br><br>**ORDER RE STIPULATION REGARDING ARBITRATION AND DISMISSAL OF ACTION**<br><br>Assigned to the Hon. George H. Wu<br>Courtroom 9D<br><br>Compl. Filed:　　May 22, 2023<br>Action Removed:　July 10, 2023 |

# ORDER

Presently before the Court is a Stipulation Regarding Arbitration and Dismissal of Action ("Stipulation") between Plaintiff Vahid Chitsazzadeh and Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively, "T-Mobile"). The Court **GRANTS** the Stipulation and **ORDERS** as follows:

1. Mr. Chitsazzadeh shall submit his claims against T-Mobile to arbitration pursuant to T-Mobile's Terms and Conditions; and

2. Mr. Chitsazzadeh's claims in this lawsuit are dismissed in their entirety, without prejudice.

IT IS SO ORDERED.

Dated: August 14, 2023

*[signature: George H. Wu]*

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION REGARDING
ARBITRATION AND DISMISSAL OF ACTION